# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

AMEL WILLIAM DALLUGE,

                Plaintiff,

                v.

TEDDY CHOW, FRANK DETROLIO, GRANT COUNTY JAIL, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-0050-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED with prejudice pursuant to the Order Dismissing Complaint Pursuant to 28 U.S.C. §1915 entered on July 22, 2010, Ct Rec 67.

| | |
|---|---|
| July 22, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |