UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMEL WILLIAM DALLUGE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TEDDY CHOW, FRANK DETROLIO,<br>GRANT COUNTY JAIL, et al.,<br><br>                    Defendants. | NO.  CV-10-0050-LRS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VOID |

BEFORE THE COURT is Plaintiff's "Motion To Void All Decisions For a Lack of Jurisdiction," Ct. Rec. 69, filed August 19, 2010. Defendant Chow filed an opposition on August 26, 2010 (Ct. Rec. 71).

Dalluge filed this civil rights action in Grant County Superior Court. *Dalluge v. Chow et al.*, Grant County Cause No. 09-2-01619-1. The complaint stated a federal cause of action, i.e. violation of Dalluge's constitutional right to due process. Defendants removed the case to this Court.  Defendants then moved for summary judgment and this court granted summary judgment and dismissed the action on July 22, 2010. (Ct. Rec. 67).

Plaintiff Dalluge now claims this Court lacks subject matter jurisdiction. Plaintiff did not raise any jurisdictional argument in response to the defendant's motions to dismiss. Defendants filed a

ORDER - 1

proper notice of removal in the Superior Court as permitted by 28 U.S.C. § 1446(a). A case is removable if it presents a "federal question". "Federal question" cases are those cases "arising under the Constitution, laws, or treaties of the United States." Defendants can remove cases that present at least one federal claim.  Accordingly, cases that mix state and federal claims, such as this case, are removable. The Court finds that Defendants exercised their right to remove the action to federal court.

 Accordingly,

**IT IS ORDERED:**

   1.  Plaintiff's  "Motion To Void All Decisions For a Lack of Jurisdiction," **Ct. Rec. 69**, filed August 19, 2010, **DENIED**.

   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to Plaintiff Dalluge and the file remains closed.

   **DATED** this 16th day of September, 2010.

                                  *s/Lonny R. Suko*
                        _____
                                  LONNY R. SUKO
                        CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2